1  WESLEY T. GREEN, ESQ. SBN 201107
   CORPORATE COUNSEL
2  LION RAISINS, INC.
   9500 S. DeWolf Avenue
3  Fresno, CA 93662
   Telephone: (559) 834-6677
4  Facsimile: (559) 834-4848

Attorney for Plaintiff: LION RAISINS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., | ) Case No.: 1:08-CV-00358-OWW-SMS |
| Plaintiff, | ) **STIPULATION AND ORDER EXTENSION FOR PLAINTIFF TO FILE AMENDED COMPLAINT** |
| vs. | ) |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) |
| Defendant. | ) |

The parties, through their respective counsel of records, hereby stipulate, at the request of Plaintiff, subject to the approval of the Court, as follows:

Plaintiff's counsel has an unforeseen situation. Therefore Plaintiff's counsel has requested and Defendant's counsel has agreed to a one-day extension for Plaintiff to file the Amended Complaint.

///

///

///

STIPULATION AND ORDER

1 OF 2

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff's Amended Complaint is currently due on August 25, 2008. However the parties hereby stipulate that the Plaintiff's Amended Complaint is now due on August 26, 2008.

Respectfully submitted,

Dated: August 25, 2008                               LION RAISINS, INC.

By:    /s/ Wesley T. Green
WESLEY T. GREEN
Corporate Counsel
Attorney for Plaintiff

Dated: August 25, 2008                               McGREGOR W. SCOTT
United States Attorney

[Signature authorized 8/25/08]
By:    /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant

## **ORDER**

It is APPROVED and SO ORDERED.

Dated: August 27, 2008                               /s/ OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER

2 OF 2

PDF created with pdfFactory trial version www.pdffactory.com