```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN E. HALL (SBN 219924)
    Assistant United States Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5  Facsimile: (559) 497-4099

 6  Attorneys for Defendant United States
    Department of Agriculture
 7
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LION RAISINS, INC., | ) | 1:08-cv-00358 OWW-SMS |
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT** |
| v. | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| Defendant. | ) | |

Pursuant to the Scheduling Conference Order filed August 18, 2008, Plaintiff, Lion Raisins, Inc. ("Lion"), was permitted to file an Amended Complaint by August 25, 2008, with the government having fifteen (15) days to respond. By Stipulation and Order filed August 25, 2008, the deadline for filing the Amended Complaint was extended to August 26, 2008. Lion's Amended Complaint was filed on August 26, 2008, making the government's response due September 10, 2008.

The parties now stipulate and agree, and request that the Court order, that the time for defendant to file its response

1  to the Amended Complaint shall be extended by one week, to
2  September 17, 2008.
3                                        Respectfully submitted,
4  Dated: September 5, 2008.              McGREGOR W. SCOTT
                                          United States Attorney
5
6                                    By:  /s/ Benjamin E. Hall
                                          BENJAMIN E. HALL
7                                         Assistant U.S. Attorney
                                          Attorneys for Defendants
8
9  Dated: September 5, 2008.              LION RAISINS, INC.
10                                        (As authorized 9/5/08)
11                                         /s/ Wesley T. Green
                                          WESLEY T. GREEN
12                                        Corporate Counsel
                                          Attorney for Plaintiff
13
14 IT IS SO ORDERED.
15 **Dated:   September 5, 2008**           **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE