McGREGOR W. SCOTT
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States
Department of Agriculture

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LION RAISINS, INC., | 1:08-cv-00358-OWW-SMS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR DISCOVERY [FREEDOM OF INFORMATION ACT]** |
| v. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | Date:   December 12, 2008 |
| | Time:   12 p.m. |
| Defendant. | Hon. Oliver W. Wanger (Courtroom 3) |

The parties to this action hereby stipulate and request that the Court order the hearing on Plaintiff's Motion for Discovery [Freedom of Information Act], currently set for December 12, 2008, at 12 p.m., be continued to January 16, 2009, at 12 p.m.

Respectfully submitted,

Dated: December 5, 2008.        McGREGOR W. SCOTT
                                United States Attorney


                         By:    /s/ Benjamin E. Hall
                                BENJAMIN E. HALL
                                Assistant U.S. Attorney
                                Attorneys for Defendants

1

1 | Dated: December 5, 2008.                    LION RAISINS, INC.

2 |                                              [Authorized 12/5/08]

3 |                                               /s/ Wesley T. Green
  |                                              WESLEY T. GREEN
4 |                                              Corporate Counsel
  |                                              Attorney for Plaintiff
5 |
  | IT IS SO ORDERED.
6 |
  | **Dated:   December 8, 2008**                       **/s/ Oliver W. Wanger**
7 |                                              UNITED STATES DISTRICT JUDGE

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28