LAWRENCE G. BROWN
Acting United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant United States
Department of Agriculture

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LION RAISINS, INC., | ) | 1:08-cv-00358-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **TO REVISE SUMMARY JUDGMENT** |
| v. | ) | **MOTION SCHEDULE** |
| | ) | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | ) | |
| | ) | |
| Defendant. | ) | |

By Order dated January 21, 2009 (Doc. 35), the Court set a briefing schedule and hearing date for motions for summary judgment. Due to previously scheduled commitments, counsel for the United States has requested, and Plaintiff's counsel has agreed, to a revised schedule. The parties therefore stipulate and respectfully request that the Court adjust the summary judgment schedule as follows:

///

///

///

| Event | Current Date | **Proposed Date** |
|---|---|---|
| Motions to be filed by either party | March 2, 2009 | **March 23, 2009** |
| Oppositions to be filed | March 16, 2009 | **April 6, 2009** |
| Replies to be filed | March 23, 2009 | **April 13, 2009** |
| Hearing (10 a.m.) | March 30, 2009 | **April 20, 2009** |

                                Respectfully submitted,

Dated: February 12, 2009.        LAWRENCE G. BROWN
                                Acting United States Attorney

                            By:  /s/ Benjamin E. Hall
                                BENJAMIN E. HALL
                                Assistant U.S. Attorney
                                Attorneys for Defendants

Dated: February 12, 2009.        LION RAISINS, INC.

                                [Authorized 2/12/09]

                                /s/ Wesley T. Green
                                WESLEY T. GREEN
                                Corporate Counsel
                                Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:  February 13, 2009**            **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE