**WESLEY T. GREEN SBN #201107**
CORPORATE COUNSEL
P.O. Box 1350
9500 S. DeWolf Ave.
Selma, California 93662
Telephone: (559) 834-6677
Facsimile: (559) 834-4848
wgreen@lionraisins.com

Attorney for Plaintiff, LION RAISINS, INC.,
a California corporation

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| LION RAISINS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE, <br><br> Defendant. | Case No.: 1:08-CV-00358-OWW-SMS <br><br> **STIPULATION AND ORDER TO REVISE SUMMARY JUDGMENT MOTION SCHEDULE** |

By Stipulation and Order to Revise Summary Judgment Motion Schedule entered by this Court on February 17, 2009 (Doc. 38), the Court revised the briefing schedule and hearing date for motions for summary judgment. Due to unexpected events, Plaintiff's counsel has requested, and Defendant's counsel has agreed, to revise the Summary Judgment Motion Schedule.

The parties, by and through their respective counsel, hereby stipulate to revise the Summary Judgment Motion Schedule. Based on the stipulation of the parties, and for good cause shown, the parties request that the Court adjust the summary judgment schedules as follows:

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Motions to be filed by either party | March 23, 2009 | April 13, 2009 |
| Oppositions to be filed | April 6, 2009 | April 27, 2009 |
| Replies to be filed | April 13, 2009 | May 4, 2009 |
| Hearing (10:00 a.m.) | April 20, 2009 | May 11, 2009 |

                                  Respectfully submitted,

Dated: March 12, 2009                            LION RAISINS, INC.

                            By:  /s/ Wesley T. Green
                                  WESLEY T. GREEN
                                  Corporate Counsel
                                  Attorney for Plaintiff

Dated: March 12, 2009                            LAWRENCE G. BROWN
                                  Acting United States Attorney

                                  [Authorized 3/12/09]
                            By:  /s/ Benjamin E. Hall
                                  BENJAMIN E. HALL
                                  Assistant U.S. Attorney
                                  Attorneys for Defendant

## **ORDER**

    IT IS SO ORDERED.

Dated: _March 12, 2009                /s/ OLIVER W. WANGER
                                                UNITED STATES DISTRICT JUDGE

Stipulation and Order to Revise Summary Judgment Motion Schedule

PDF created with pdfFactory trial version www.pdffactory.com