1  **WESLEY T. GREEN SBN #201107**
   CORPORATE COUNSEL
2  P.O. Box 1350
   9500 S. DeWolf Ave.
3  Selma, California  93662
   Telephone: (559) 834-6677
4  Facsimile:  (559) 834-4848
   wgreen@lionraisins.com
5

6  Attorney for Plaintiff, LION RAISINS, INC.,
   a California corporation
7

8                 **UNITED STATES DISTRICT COURT**

9                 **EASTERN DISTRICT OF CALIFORNIA**

10                          **FRESNO DIVISION**

11 | LION RAISINS, INC., | Case No.: 1:08-CV-00358-OWW-SMS |

12 | Plaintiff, | **STIPULATION AND ORDER TO REVISE RENEWED MOTION FOR SUMMARY JUDGMENT SCHEDULE** |

13 | vs. |

14 | UNITED STATES DEPARTMENT OF AGRICULTURE, |

15 | Defendant. |

16

17

18

19                                  **I.**

20                              **RECITALS**

21    1.    On December 31, 2009, Plaintiff LION RAISINS, INC. ("Lion") filed its Renewed

22 Motion for Summary Judgment, as to Count IV, Filed May 4, 2009 and supporting declaration of

23 Wesley T. Green, with a hearing on said motion to be heard on March 8, 2010.

24    2.    On February 19, 2010 Defendant UNITED STATES DEPARTMENT OF

25 AGRICULTURE filed its Opposition to Plaintiff's Renewed Motion for Summary Judgment, as to

26 Count IV, Filed May 4, 2009, and supporting declarations of David W. Trykowski and Anthony

27 Giannetta.

28

-1-
_____
Stipulation and Order to Revise Renewed Motion for Summary Judgment, as to County IV, Filed May 4, 2009

1    3.    On March 2, 2010, the Court moved the hearing on Lion's Renewed Motion for
2 Summary Judgment as to Count IV, Filed May 4, 2009, to May 3, 2010 due to the press of business.

## II.

## STIPULATION

Plaintiff's counsel has requested, and Defendant's counsel has agreed, to revise the Renewed Motion for Summary Judgment Motion Schedule.

The parties, by and through their respective counsel, hereby stipulate to revise the Renewed Motion for Summary Judgment, as to Count IV, Filed May 4, 2009, schedule.  Based on the stipulation of the parties, and for good cause shown, the parties request that the Court adjust the Renewed Motion for Summary Judgment schedule as follows:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Reply to be filed | April 26, 2010 | June 21, 2010 |
| Hearing (10:00 a.m.) | May 3, 2010 | June 28, 2010 |

Respectfully submitted,

Dated: April 21, 2010         LION RAISINS, INC.

By:   /s/ Wesley T. Green
WESLEY T. GREEN
Corporate Counsel
Attorney for Plaintiff

Dated: April 21, 2010         BENJAMIN B. WAGNER
United States Attorney

[As authorized on April 21, 2010]

By:   /s/ Benjamin E. Hall
BENJAMIN E. HALL
Assistant U.S. Attorney
Attorneys for Defendant

/

IT IS SO ORDERED.

Dated:   **April 23, 2010**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE