1 WESLEY T. GREEN SBN #201107
CORPORATE COUNSEL
2 P.O. Box 1350
9500 S. DeWolf Ave.
3 Selma, California 93662
Telephone: (559) 834-6677
4 Facsimile: (559) 834-4848

5 Attorney for Plaintiffs, LION RAISINS, INC., a California corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| LION RAISINS, INC., | Case No.: 1:08-CV-00358-OWW-SMS |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER THEREON |
| vs. | |
| UNITED STATES DEPARTMENT OF AGRICULTURE, | (Honorable Oliver W. Wanger) |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed without prejudice pursuant to FRCP 41(a)(1).

Dated: June 22, 2010          Plaintiffs

                              By:   /s/ Wesley T. Green
                                    WESLEY T. GREEN, JD MBA
                                    Attorney for Plaintiffs


Dated: June 22, 2010          Plaintiffs

                              By:   /s/ James A. Moody
                                    JAMES A. MOODY
                                    Attorney for Plaintiffs

1  Dated: June 23, 2010                     BENJAMIN B. WAGNER
                                            United States Attorney
2
                                            [As authorized on June 23, 2010]
3

4
                                            By: /s/ Benjamin E. Hall
5                                           BENJAMIN E. HALL
                                            Assistant U.S. Attorney
6                                           Attorney for Defendants

7

8

...

22
   IT IS SO ORDERED.
23
       Dated:  **June 24, 2010**                **/s/ Oliver W. Wanger**
24                                          UNITED STATES DISTRICT JUDGE